**U.S. Citizenship and Immigration Services**

**PRESENT THIS LETTER AT THE WORTH STREET ENTRANCE**

Sameer Vasant KOTAK

25 Banks Street #208-D

White Plains, NY 10606

**File Number:**   A95701494

**Date:**   5/15/2007

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 26 FEDERAL PLAZA NEW YORK, NY 10278 | Room No. 8-800 | Floor No. 8TH |
|---|---|---|---|
| DATE AND HOUR | | 5/30/2007 | 7:45:00 AM |
| ASK FOR | IMMIGRATION EXAMINER | | |
| REASON FOR APPOINTMENT | ADJUSTMENT OF STATUS (NOTE: This notice does not represent a decision on motions in any related matters or prior decisions.) | | |
| BRING WITH YOU | SEE ATTACHMENTS | | |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. IF YOU ARE UNABLE TO DO SO, STATE YOUR REASON, SIGN BELOW AND RETURN THIS LETTER.**

WARNING:

IF YOU CONSIDER DEPARTING FROM THE UNITED STATES TO ANY COUNTRY, INCLUDING CANADA OR MEXICO, BEFORE A DECISION IS MADE ON YOUR APPLICATION, CONSULT WITH THIS OFFICE BEFORE DEPARTURE SINCE A DEPARTURE FROM THE UNITED STATES WILL RESULT IN TERMINATION OF YOUR APPLICATION.

| I am unable to keep the appointment because: |
|---|
| |
| SIGNATURE | DATE |

Attorney Name:   Aruna Venkidu, Esq.

Attorney Address:   3056A Scott Bl

Santa Clara, CA 95054-

*Fingerprint appointment forward to applicant.

Very truly yours,

Andrea Quarantillo
District Director - C
New York District



CITIZENSHIP & IMMIGRATION SERVICES
34 CIVIC CENTER PLAZA #2031
SANTA ANA, CALIFORNIA 92701

ARUNA VENKIDU
3056A SCOTT BLVD.
SANTA CLARA, CA 95054

FILE NUMBER: *A  95 701 494*
DATE:  *06/29/2005*

RE:  *SAMEER KOTAK*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:  *34 CIVIC CENTER PLAZA #2031,*
*SANTA ANA, CA 92701*

DATE AND TIME:  *07/15/2005*
*08 : 35 AM*

OFFICER:

*BUNDLE F*

REASON FOR APPOINTMENT:  *APPLICATION FOR ADJUSTMENT OF STATUS*

THIS INTERVIEW WILL BE VIDEO TAPED.

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- [X] THIS LETTER, YOUR PASSPORT, YOUR I-94 (ARRIVAL/DEPARTURE FORM), IF ANY.

- [ ] MEDICAL EXAM RESULTS, FORM I-693.  APPEAR EVEN IF NOT COMPLETED

- [X] YOU MUST BRING ORIGINALS AND ONE SET OF COPIES OF ALL DOCUMENTS REQUESTED

- [X] A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF PAY AND HOURS PER WEEK

- [X] YOUR SPOUSE AND/OR SPONSOR

- [X] EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDING PHOTOS)

- [X] PETITIONER 2004 TAXES, 1 PHOTO

PLEASE READ SECOND PAGE - ATTACHMENT A -

***NOTE*** - IF YOU ARE UNABLE TO SPEAK ENGLISH, YOU MUST BRING AN ADULT INTERPRETER WITH YOU. CEB

ATTORNEY NOTIFIED: *ARUNA VENKIDU*