```
        JUN 13 2005
          USDHS
       INS SANTA ANA
     RETAIN THIS RECEIPT

   4:37PM      Mar 21/05
   00-0000 002    SAA-BM
   #55532

   A #          095701494
   Last Name       KOTAK
   First Name
               SAMEER VASANT

   I-485         $315.00
   I-130 SPOUSE $185.00
   I-765         $175.00
   I-131         $165.00
   FP-FEE/FD258  $70.00

   XTTL          $910.00
   Check         $315.00
   Check         $185.00
   Check         $175.00
   Check         $165.00
   Check          $70.00

   XOfficialX
   XDocumentX
```

