

**U.S. Department of Homeland Security**
Citizenship & Immigration Services
*34 Civic Center Plaza*
*Santa Ana, CA 92701*

---

**SAMEER VASANT KOTAK**
**C/O:**
**2300 FAIRVIEW RD. #F202**
**COSTA MESA, CA 92626**

Date: 6/10/05

RE:  I-485
REF#: A 95701494

Dear Applicant:

To continue processing your application, CIS must send your fingerprints to the Federal Bureau of Investigation (FBI) for a criminal history check. All applicants that are required to submit fingerprints must have their fingerprints taken at a CIS Application Support Center (ASC). You have been scheduled for fingerprinting at the location listed below:

| Address: | Appointment Date: | Scheduled Time: |
|---|---|---|
| US CIS/Application Support Center<br>Santa Ana ASC<br>1666 N. Main Street #100-A<br>Santa Ana, CA 92701 | THURSDAY, 6/16/05 | 10:30 AM - |

If you are unable to go to the CIS ASC on your scheduled date and time, you can go as soon as possible on any Wednesday from (8:00 AM ~ 2:00 PM) within a 30 day period. If you do not have your fingerprints taken within that period, your application may be considered abandoned and might be denied pursuant to 8 CFR 103.2(b)(13).

When you go to have your fingerprints taken, you must bring:
1) **THIS NOTICE**; and
2) **Photo Identification** such as a passport, valid driver's license, National ID, Military ID, State-issued photo ID, or other CIS issued photo ID. **School ID is not valid**.

If you do not bring this notice <u>and</u> proper identification, you will not be permitted to have your fingerprints taken. This may cause a delay in processing of your application.

Please take note that the staff at the CIS ASC will not be able to answer any questions about the status of your application. We appreciate your patience during this process.

Please inform this office listed below immediately of any address changes:

U.S. Citizenship And Immigration Services
Attn.: FD-258 Unit
34 Civic Center Plaza 3rd floor
Santa Ana, CA 92701

HN-5





**U.S. Department of Homeland Security**
Citizenship & Immigration Services
34 Civic Center Plaza
Santa Ana, CA 92701

---

SAMEER VASANT KOTAK
C/O:
2300 FAIRVIEW RD. APT#F-202
COSTA MESA, CA 92626

Date: 7/10/06

RE: I-485
REF#: A 95 701 494

Aplicant:

To continue processing your application, CIS must send your fingerprints to the Federal Bureau of Investigation (FBI) for a criminal history check. All applicants that are required to submit fingerprints must have their fingerprints taken at a CIS Application Support Center (ASC). You have been scheduled for fingerprinting at the location listed below:

| Address: | Appointment Date: | Scheduled Time: |
|---|---|---|
| US CIS/Application Support Center<br>Santa Ana ASC | FRIDAY, 07/28/06 | 3:00 P.M. |

1666 N. Main Street #100-A
Santa Ana, CA  92701

If you are unable to go to the CIS ASC on your scheduled date and time, you can go as soon as possible on any Wednesday from (8:00 AM ~ 2:00 PM) within a 30 day period. If you do not have your fingerprints taken within that period, your application may be considered abandoned and might be denied pursuant to 8 CFR 103.2(b)(13).

When you go to have your fingerprints taken, you must bring:
1) **THIS NOTICE**; and
2) **Photo Identification** such as a passport, valid driver's license, National ID, Military ID, State-issued photo ID, or other CIS issued photo ID. **School ID is not valid**.

If you do not bring this notice <u>and</u> proper identification, you will not be permitted to have your fingerprints taken. This may cause a delay in processing your application.

Please take note that the staff at the CIS ASC will not be able to answer any questions about the status of your application. We appreciate your patience during this process.

Please inform this office listed below immediately of any address changes.

U.S. Citizenship & Immigration Services
Attn.: FD-258 Unit
34 Civic Center Plaza 3rd floor
Santa Ana, CA 92701

EG

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

34 Civic Center Plaza, 3RD Floor
Santa Ana, CA 92701

CONTROL DATE : 3/16/05

SAMMER VASANT KOTAK
C/O ARUNA VENKIDU
2300 FAIRVIEW RD., # F-202
COSTA MESA, CA 92626

A95 701 494

YOUR APPLICATION FOR ADJUSTMENT OF STATUS HAS BEEN RECEIVED. <u>PLEASE READ THE ITEM(S) CHECKED BELOW AND FOLLOW THE INSTRUCTIONS GIVEN.</u>

---

*YOUR APPOINTMENT FOR AN EMPLOYMENT AUTHORIZATION CARD HAS BEEN SCHEDULED AS FOLLOWS*

*(PLACE YOUR APPOINTMENT LETTER ON THE PLASTIC TRAY AND WAIT TO BE CALLED.)*

Please come into this office on Date_____ Time_____ to be processed for your **Employment Authorization Card**. DUE TO LIMITED SEATING, DO NOT BRING FRIENDS OR FAMILY TO THE OFFICE, ONLY THE APPLICANT (AND AN INTERPRETER IF NEEDED) WILL BE ALLOWED ENTRY.

Attention!! <u>It is important that you bring this *ORIGINAL* notice, your old employment authorization card (if applicable) and your fee receipt from the US Citizenship and Immigration Services along with your valid picture ID and Passport. (Expired picture ID is not acceptable).</u>

---

☒   *YOU WILL BE NOTIFIED BY MAIL NO LATER THAN  6  MONTHS FROM THE DATE OF THIS NOTICE WHETHER YOU ARE REQUIRED TO HAVE AN ADJUSTMENT OF STATUS INTERVIEW. YOU WILL BE NOTIFIED OF THE DATE AND TIME AND WHAT ADDITIONAL ITEMS YOU ARE REQUIRED TO SUBMIT. IF NO INTERVIEW IS REQUIRED, YOU WILL BE NOTIFIED OF THE DATE AND TIME YOU MUST APPEAR AT THE USCIS OFFICE TO BE PROCESSED FOR YOUR I-551 CARD.*

*IF AN INTERVIEW IS REQUIRED: PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO INTERVIEW.*

*ENCLOSED YOU WILL FIND THE (  )<u>I-693 MEDICAL FORM</u> ALONG WITH THE (  )<u>I-864 AFFIDAVIT OF SUPPORT</u>. (X)<u>LAST 3 YEARS OF TAXES. (2004,2003,2002.)</u> - (X)<u>W-2 FORMS</u>.*

PLEASE **DO NOT** CONTACT THIS OFFICE PRIOR TO ___6___ MONTHS FROM THE "CONTROL DATE" ABOVE. TO INQUIRE ABOUT THE STATUS OF YOUR APPLICATION UNLESS:

1) **IF YOU CHANGE YOUR ADDRESS** – YOU MUST OBTAIN FORM <u>AR-11</u> AND MAIL TO THE ADDRESS LISTED ON THE CARD, MAIL A COPY OF THIS NOTICE ALONG WITH YOUR NEW ADDRESS TO: *USCIS, 34 CIVIC CENTER PLAZA, SANTA ANA, CA. 92701.*

2) **IF YOU PLAN TO DEPART FROM THE UNITED STATES** TO ANY COUNTRY INCLUDING MEXICO (TIJUANA INCLUDED), OR CANADA PRIOR TO YOUR INTERVIEW - YOU MUST OBTAIN *ADVANCE PAROLE* FROM THIS SERVICE. FAILURE TO DO SO WILL RESULT IN AUTOMATIC TERMINATION OF YOUR APPLICATION(S). TO REQUEST *ADVANCE PAROLE*, COME TO THIS OFFICE WITH THIS NOTICE AND YOUR RECEIPT.

05/25/05 MB

| | | |
|---|---|---|
| XTL | | $910.00 |
| Check | I-485 | $315.00 |
| Check | I-130 SPOUSE | $185.00 |
| Check | I-765 | $175.00 |
| Check | I-131 | $165.00 |
| Check | FP-FEE/FD258 | $70.00 |

A #  095701494
Last Name  KOTAK
First Name  SAMEER VASANT

4:37PM  Mar 21/05
00-0000 002  SAA-BM
#55532

USDHS
INS SANTA ANA
RETAIN THIS RECEIPT

*Official*  *Documents*