UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SAMEER KOTAK,

                Plaintiff,                        **ECF CASE**

      v.

                                           07 Civ. 7376 (AKH)

U.S. CITIZENSHIP & IMMIGRATION
SERVICE, et al.

                                           NOTICE OF APPEARANCE

                Defendants.
------------------------------------------------------------- x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         September 6, 2007

                                                Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                           By:    /s/ _____
                                         DAVID BOBER
                                         Assistant United States Attorney
                                         86 Chambers Street, 3rd Floor
                                         New York, New York 10007
                                         Telephone: (212) 637-2718
                                         Facsimile: (212) 637-2786
                                         Email: david.bober@usdoj.gov

To:    Rakhel Speyer Milstein, Esq.
          200 West 57th Street, Suite 900
          New York, NY 10019