MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

**ORIGINAL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

SAMEER KOTAK,

               Plaintiff,

               - v. -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

               Defendants.
------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 7376 (AKH)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
~~October~~ ; 2007
December 12, 2007

ASSADI & MARKS, LLP
Attorneys for Plaintiff

By: _____
RAKHEL SPEYER MILSTEIN, ESQ.
200 West 57th Street, Suite 900
New York, NY 10019
Tel. No.: (212) 643-8904

Dated: New York, New York
October 12, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED: 12/13/07

_____
HON. ALVIN K. HELLERSTEIN
United States District Judge